THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CATLAN, Appellant.

Submitted June 12, 1944; decided June 14, 1944.

*Stephen Catlan,* in person, for motion.

*Frank S. Hogan, District Attorney,* opposed.

Motion dismissed. Appeal dismissed on the ground that no appeal lies to this court from the order.